UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

|  |  |
|---|---|
| ROBERT WOLFE and CROSSFIELD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ENOCHIAN BIOSCIENCES INC., et al. <br><br> Defendants. | Case No. 2:21-cv-00053 |

## INDEX OF EXHIBITS

| Exhibit | Description | Short Form |
|---|---|---|
| A | Enochian's[1] Verified Complaint for Injunctive Relief | "Superior Court Complaint" |
| B | Entry Order dated February 12, 2019 | "Order Granting TRO" |
| C | Entry Order dated December 26, 2019 | "Order Denying Preliminary Injunction" |
| D | Enochian's Motion for Emergency Ex Parte Temporary Restraining Order and Preliminary Injunction | N/A |
| E | Entry Order dated March 4, 2020 | N/A |
| F | Entry Order dated July 5, 2019 | "Order Denying First Motion to Dismiss" |
| G | Entry Order dated February 21, 2020 | "Order Denying Second Motion to Dismiss" |
| H | Enochian's Motion to Dismiss | N/A |

---

[1] As used herein, "Enochian" refers to Enochian BioSciences, Inc. and Enochian BioSciences Denmark ApS, the plaintiffs in the matter of *Enochian Biosciences Denmark ApS and Enochian Biosciences, Inc. v. Crossfield, Inc. and Robert Wolfe*, Docket No. 24-2-19 Oecv (Vermont Superior Court, Civil Division, Orange Unit).

2

| | | |
|---|---|---|
| I | Enochian's Combined Reply in Support of Their Motion to Dismiss and Opposition to Defendants' Motion for Entry of Judgment | "Enochian's Reply" |
| J | Entry Order dated November 11, 2020 | N/A |
| K | Affidavit of Service | N/A |

## **CERTIFICATE OF SERVICE**

      I, Christopher J. Valente, hereby certify that on April 14, 2021, the foregoing document was filed electronically and is available for viewing or downloading from the ECF system. This document was electronically served on the registered participants as identified on the notice of electronic filing (NEF).

                                          */s/ Christopher J. Valente*