# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| ROBERT WOLFE and CROSSFIELD, INC., | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 2:21-cv-00053 |
| v. | ) ) |
| ENOCHIAN BIOSCIENCES INC., et al. | ) ) ) ) |
| Defendants. | ) ) |

## INDEX OF EXHIBITS TO THE DECLARATION OF CHRISTOPHER J. VALENTE

| Exhibit | Description |
|---|---|
| 1 | Verified Complaint for Injunctive Relief, dated February 11, 2019, filed in *Enochian Biosciences Denmark ApS and Enochian Biosciences, Inc. v. Crossfield, Inc. and Robert E. Wolfe*, Docket No. 24-2-19 Oecv (Vermont Superior Court, Civil Division, Orange Unit) |
| 2 | Excerpts from the Deposition Transcript of Luisa Puche, dated June 15, 2022 |
| 3 | Excerpts from the Deposition Transcript of René Sindlev, dated July 8, 2022 |
| 4 | Excerpts from the Deposition Transcript of Robert Wolfe and Crossfield, Inc., dated June 21, 2022 |
| 5 | Affidavit of Luisa Puche in Support of Enochian's Combined Reply in Further Support of Their Motion for a Preliminary Injunction and in Opposition to Wolfe and Crossfield's Motion to Dismiss, dated March 22, 2019 |
| 6 | Enochian BioSciences' Objections and Responses to Crossfield's First Set of Interrogatories, dated June 13, 2022 |
| 7 | Luisa Puche's Objections and Responses to Crossfield's First Set of Interrogatories, dated June 13, 2022 |
| 8 | René Sindlev's Objections and Responses to Crossfield's First Set of Interrogatories, dated June 13, 2022 |

| 9 | Waever Group report titled "Risk Assessment & Recommendations" dated March 21, 2018 |
|---|---|
| 10 | Waever Group report titled "Risk Assessment No. 2", dated May 14, 2018 |
| 11 | Affidavit of René Sindlev in Support of Enochian's Motion for a Preliminary Injunction, dated November 18, 2019 |
| 12 | Minutes of a May 17, 2018 Special Meeting of the Audit Committee of Enochian BioSciences, Inc. |
| 13 | Minutes of a June 29, 2018 Special Meeting of Directors of Enochian BioSciences, Inc. |
| 14 | Corporate Security and Close Protection Service Agreement between Enochian BioSciences, Inc. and the Waever Group, dated May 24, 2018 |
| 15 | Excerpts from the Deposition Transcript of Luisa Puche (as Rule 30(b)(6) representative of Enochian), dated June 14, 2022 |
| 16 | Excerpts from the Deposition Transcript of Jeffrey Ketchum, dated October 26, 2022 |
| 17 | CFO Service Agreement between Enochian Denmark and Plaintiffs dated December 29, 2017, and a subsequent December 29, 2017 Amendment |
| 18 | Plaintiffs' Responses to Enochian BioSciences' Requests for Admission, dated September 22, 2022 |
| 19 | Plaintiffs' First Amended Responses to Enochian BioSciences' Requests for Admissions, dated October 14, 2022 |
| 20 | Affidavit of Robert Wolfe, dated March 8, 2019 |
| 21 | Minutes of a December 27, 2018 Special Meeting of Directors of Enochian BioSciences, Inc. |
| 22 | Enochian BioSciences Form 10-Q for the Quarterly Period Ended March 31, 2019, available at https://www.sec.gov/Archives/edgar/data/1527728/000173112219000259/ e1349_10q.htm |
| 23 | Enochian Denmark's Objections and Responses to Crossfield's First Set of Interrogatories, dated June 13, 2022 |
| 24 | Complaint filed by Robert Wolfe in the Court in Helsingør, Denmark (the "Danish Action") on February 7, 2019 |
| 25 | Plaintiffs' Answers to Enochian BioSciences' Interrogatories, dated June 13, 2022 |

| 26 | Enochian's Motion for Emergency *Ex Parte* Temporary Restraining Order and Preliminary Injunction, dated February 11, 2019 |
|---|---|
| 27 | Enochian's Motion to Seal Documents, dated February 11, 2019 |
| 28 | Affidavit of Luisa Puche in Support of Enochian's Motion to Seal, dated February 11, 2019 |
| 29 | Enochian's Combined Reply in Further Support of Their Motion for a Preliminary Injunction and Opposition to Plaintiffs' Motion to Dismiss, dated March 25, 2019 |
| 30 | Enochian's Supplemental Memorandum in Support of Their Motion for a Preliminary Injunction, dated November 11, 2019 |
| 31 | Certified Translation of Enochian Denmark's Statement of Defence in the Danish Action, dated February 26, 2019 |
| 32 | Entry Order in the Superior Court Action, dated February 12, 2019 |
| 33 | Entry Order in the Superior Court Action, dated March 4, 2019 |
| 34 | Entry Order in the Superior Court Action, dated July 5, 2019 |
| 35 | Excerpts from the Superior Court Action Preliminary Injunction Hearing Transcript, dated November 5, 2019 |
| 36 | Entry Order in the Superior Court Action, dated December 26, 2019 |
| 37 | Entry Order in the Superior Court Action, dated February 21, 2020 |
| 38 | WHO Director-General's opening remarks at the media briefing on COVID-19 available at https://www.who.int/director-general/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-20 (last accessed Nov. 17, 2022) |
| 39 | Enochian's Motion to Dismiss, dated April 17, 2020 |
| 40 | Enochian's Combined Reply in Support of Their Motion to Dismiss and Opposition to Defendants' Motion for Entry of Judgment, dated May 18, 2020 |
| 41 | Entry Order, in the Superior Court Action, dated November 11, 2020 |
| 42 | Order Approving Costs and Final Order of Dismissal with Prejudice, dated December 14, 2020 |

| 43 | "The BDO 600 – 2021 Study of CEO and CFO Compensation Practices of 600 Mid-Market Public Companies" produced by Plaintiffs on April 18, 2022 |
|---|---|
| 44 | Letter from Robert Wolfe to AIG Insurance, dated April 9, 2019, produced by Plaintiffs as "Exhibit 3h" on August 9, 2022 |
| 45 | Plaintiffs' Sworn Statement, dated October 3, 2022 |
| 46 | Checks from the National Union Fire Insurance Co. of Pittsburgh, a subsidiary of AIG Insurance, to Plaintiffs' counsel, Downs Rachlin Martin PLLC, produced by Plaintiffs on October 21, 2022 |
| 47 | Evidence of Payment from AIG Insurance to Robert Wolfe, dated November 19, 2019, produced by Plaintiffs on November 21, 2022 |
| 48 | Certified Translation of a Notice filed by Robert Wolfe's Danish counsel in the Danish Action, dated April 20, 2022 |
| 49 | Certified Translation of the Order Closing Matter and Ordering Plaintiffs to Pay Costs in the Danish Action, dated May 6, 2022 |
| 50 | Plaintiffs' Supplemental Interrogatory Answers, dated September 2, 2022 |
| 51 | Jeffrey R. Ketchum's Expert Report, dated September 13, 2022 |
| 52 | Email chain between Jennifer Lavoie and Robert Wolfe, Subject Line: re: Director of Finance Swish White River White River Jct. VT, dated December 13, 2018, produced by Plaintiffs as "FileApp18" on September 7, 2022 |
| 53 | Email chain between Jennifer Lavoie and Robert Wolfe, Subject Line: DuBois & King-Randolph, VT Controller, dated July 24, 2019, produced by Plaintiffs as "FileApp40" on September 7, 2022 |
| 54 | Email chain between Lauren Acevedo and Robert Wolfe, Subject Line: RE: Financial Analyst / Senior Analytical Accountant Position – Management Resources, dated October 11, 2019, produced by Plaintiffs as "FileSet240" on September 7, 2022 |
| 55 | Email chain between Patrick Dwyer and Robert Wolfe, Subject Line: CFO Opportunity with Remote Option, dated August 23, 2019, produced by Plaintiffs as "FileApp56" on September 7, 2022 |
| 56 | Email from Christopher Giroux, Subject Line: Voicemail Follow-Up, dated May 21, 2019, produced by Plaintiffs as "FileApp103" on September 7, 2022 |

| 57 | Email chain between Lauren Acevedo and Robert Wolfe, Subject Line: RE: Long Term Part Time Bookkeeping Role In Southern Maine!, dated December 17, 2019, produced by Plaintiffs as "FileSet 244" on September 7, 2022 |
|---|---|
| 58 | Plaintiffs' Affirmative Statements, dated November 18, 2022 |
| 59 | Plaintiffs' Initial Disclosures, dated April 18, 2022 |
| 60 | Richard A. Risch Expert Report, dated November 9, 2022 |
| 61 | Robert W. Lashway Expert Report, dated November 9, 2022 |
| 62 | English Translation of Excerpts from Torsten Iversen, The Law of Contract and Tort Part 2, Based on Bernhard Gomard: The Law of Contract and Tort (5th ed. 2019) |