# EXHIBIT 5

STATE OF VERMONT                                        CIVIL DIVISION
ORANGE UNIT                                             DOCKET NO. 24-2-19 Oecv

Enochian Biosciences Denmark ApS and    )
Enochian Biosciences, Inc.,             )
                                        )
                    Plaintiffs,         )
                                        )
        v.                              )
                                        )
Crossfield, Inc. and Robert E. Wolfe,   )
                                        )
                    Defendants.         )
                                        )

## AFFIDAVIT OF LUISA PUCHE
### IN SUPPORT OF PLAINTIFFS' COMBINED REPLY
### IN FURTHER SUPPORT OF THEIR MOTION FOR A PRELIMINARY
### INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Luisa Puche, being duly sworn, depose and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth within this affidavit and make these statements based on my personal knowledge.

2. I am the Chief Financial Officer of Enochian Biosciences, Inc. ("Enochian"), one of the plaintiffs in the above-captioned action. In this capacity, I manage and oversee the accounting, finance, information systems, and human resources functions at Enochian.

3. I have 27 years of experience in public accounting and finance for both publicly-traded and private held-companies across a range of industries.

4. I make this affidavit in support of Plaintiffs' Combined Reply in Further Support of Their Motion for a Preliminary Injunction and Opposition to Defendants' Motion to Dismiss filed contemporaneously herewith.

5. Generally speaking, Enochian maintains two broad types of confidential, non-public information: "administrative" confidential information and "non-administrative" confidential information. The "administrative" confidential information includes, for example,

Enochian's non-public financial data; details regarding Enochian's financing structures; the specific terms and conditions of agreements with vendors, customers, consultants, advisors, and others; data relating to employee compensation and benefits, including employee payroll; and Enochian's accounts payable. The "non-administrative" confidential information includes, for example, research and development ("R&D") conducted by Enochian; results of clinical trials; and the details of the relationships between Enochian and its outsourced R&D partners.

6. As the Chief Financial Officer, I have access to Enochian's "administrative" and "non-administrative" confidential information. It is also my belief that, prior to their termination, Defendants also had access to Enochian's "administrative" and "non-administrative" confidential information.

7. As a publicly-traded company in a cutting-edge scientific field, keeping confidential, non-public information confidential is the utmost importance to Enochian and its continued success. Moreover, decisions regarding the disclosure of information are highly regulated and very deliberate.

8. If any of Enochian's confidential, non-public information were to become public—whether "administrative" or "non-administrative" confidential information—it could seriously harm Enochian and its competitive advantage in this highly competitive market.

9. To maintain its position in the marketplace, Plaintiffs expends substantial time, effort, and expense to protect its confidential information.

10. Plaintiffs require that their executives, employees, consultants, advisors, vendors, and other partners keep Plaintiffs' confidential information strictly confidential. To guard against intentional or accidental disclosure of their confidential information, Plaintiffs closely manage and restrict access to such confidential information. Among other safeguards, Plaintiffs

ENOCHIAN_000411

secure and monitor their physical space and restrict access to laboratory areas to specific individuals through identification badges. Plaintiffs also restrict access to their computer network and computer systems through the use of, among other things, password-controlled logins, user-specific access permissions, secure servers, and two-factor authentication.

11. ███████████████ is an advisor to Plaintiffs. Plaintiffs believe that ███ ███ gives Enochian a competitive advantage in its research and development relative to competitors in the market.

12. ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████

13. The version of the complaint that Mr. Wolfe filed in Denmark (included in Exhibit C to the Verified Complaint for Injunctive Relief) states that ███████████
███████████████████████████████████████ This information is confidential and not publicly known or available.

14. ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

15. ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████

Dated: 3/22/19

_____
Luisa Puche
Chief Financial Officer

State of Florida
County of Miami-Dade

Subscribed and sworn to before me this 22nd day of March, 2019.

Before me, _____
Notary Public

[Notary Seal: NORIS MARISEL BLANCO, MY COMMISSION EXPIRES DECEMBER 5, 2021, #GG 153708, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]