# EXHIBIT 11

| | |
|---|---|
| STATE OF VERMONT<br>ORANGE UNIT | CIVIL DIVISION<br>DOCKET NO. 24-2-19 Oecv |

Enochian Biosciences Denmark ApS and )
Enochian Biosciences, Inc., )
                                                 )
                        Plaintiffs, )
                                                   )
          v. )
                                                     )
Crossfield, Inc. and Robert E. Wolfe, )
                                                  )
                        Defendants. )

## AFFIDAVIT OF RENE SINDLEV
## IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Rene Sindlev, being duly sworn, depose and state as follows:

1. My name is Rene Sindlev. I am over the age of 18 and competent to testify to the matters set forth within this affidavit and make these statements based on my personal knowledge. I make this affidavit in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I am a Director and Chairman of the Enochian Biosciences, Inc.'s Board of Directors.

3. [REDACTED]

4. [REDACTED]

5. [REDACTED]

304057478 v2<br>ENOCHIAN_000832

6. ████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

7. ████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Dated: 11/18 · 2019

_____
Rene Sindlev
Director and Chairman of the Board

State of __FLORIDA__
County of __Miami-Dade__

Subscribed and sworn to before me this 18th day of November, 2019.

Before me, __Maxine Lewis__
Notary Public

> MAXINE LEWIS
> MY COMMISSION # GG 079732
> EXPIRES: April 28, 2021
> Bonded Thru Notary Public Underwriters

# EXHIBIT A

ENOCHIAN_000834

*CONFIDENTIAL*

ENOCHIAN_000835

**Confidential material – for Enochian Biosciences use only**



2

ENOCHIAN_000836

**Confidential material – for Enochian Biosciences use only**

3

**Confidential material – for Enochian Biosciences use only**

4



ENOCHIAN_000838

**Confidential material – for Enochian Biosciences use only**

5

**Confidential material – for Enochian Biosciences use only**



6

ENOCHIAN_000840

Confidential material – for Enochian Biosciences use only

7

ENOCHIAN_000841

**Confidential material – for Enochian Biosciences use only**

8

ENOCHIAN_000842



9

ENOCHIAN_000843

**Confidential material – for Enochian Biosciences use only**



10

ENOCHIAN_000844