# EXHIBIT 28

STATE OF VERMONT                         CIVIL DIVISION
ORANGE UNIT                              DOCKET NO._____

Enochian Biosciences Denmark ApS and   )
Enochian Biosciences, Inc.,            )
                                       )
                Plaintiffs,            )
                                       )
        v.                             )
                                       )
Crossfield, Inc. and Robert E. Wolfe,  )
                                       )
                Defendants.            )
_____   )

## AFFIDAVIT OF LUISA PUCHE IN
## SUPPORT OF MOTION TO SEAL DOCUMENTS

I, Luisa Puche, being duly sworn, depose and state as follows:

1.      I am over the age of 18 and competent to testify to the matters set forth within this affidavit and make these statements based on my personal knowledge.

2.      I am the Chief Financial Officer of Enochian Biosciences, Inc., one of the plaintiffs in the above-captioned action.

3.      I make this affidavit in support of Plaintiffs' Motion to Seal Documents filed contemporaneously herewith.

4.      I am familiar with Exhibits C and D (the "Exhibits") to the Verified Complaint for Injunctive Relief, and have reviewed and verified the descriptions of the contents of the Exhibits in the Verified Complaint for Injunctive Relief. These Exhibits and the descriptions of the contents of the Exhibits contain confidential information regarding the internal business dealings of the Plaintiffs (the "Confidential Information").

1

ENOCHIAN_000115

5.    Release of the Confidential Information through the public records of the Court would violate Plaintiffs' reasonable expectation of privacy in its business dealings and put it at a competitive disadvantage.

Dated: _2/11/19_

_____
Luisa Puohe

State of _California_
County of _Los Angeles_

> ARMINE ASARYAN
> Notary Public – California
> Los Angeles County
> Commission # 2181794
> My Comm. Expires Jan 29, 2021

Subscribed and sworn to before me this _11_ day of _February_, 2019.

Before me, _Armine Asaryan_
                    Notary Public

2

ENOCHIAN_000116